# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0595

———————————————

ANDREW SHIRVELL,

    Appellant,

    v.

CHRISTOPHER ARMSTRONG,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

February 10, 2026

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andrew Shirvell, pro se, Appellant.

Luis Orengo, Jr. of Carlton Fields, P.A., Tampa, for Appellee.